JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MUSSER-LOPEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES G. KENNA et al.,<br><br>             Defendants. | Case No: 5:16-cv-01098-ODW-SK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1  In light of Plaintiff's request to dismiss case without prejudice, **IT IS HEREBY
2  ORDERED** that the entire action and all claims asserted therein are DISMISSED
   without prejudice.
3
4  **IT IS SO ORDERED**.
   October 25, 2016
5
6                                    _____
7                                         **OTIS D. WRIGHT, II**
                                      **UNITED STATES DISTRICT JUDGE**
8